**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Annelise Fitzsimmons,<br><br>*Debtor*. | Case No. 25-12532-pmm<br>Chapter 7 |

## Order Holding Labcorp Holdings Inc. in Contempt of Court and Awarding Damages for Violation of the Automatic Stay

**AND NOW**, after consideration of the Verified Motion for Contempt and Sanctions Against Labcorp Holdings Inc. for Violation of the Automatic Stay filed by Debtor Annelise Fitzsimmons, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.
2. Labcorp is **HELD IN CONTEMPT** under for willfully violating the automatic stay on four separate occasions.
3. Labcorp must pay the Debtor a total of **$4,500**, representing:
    a. $250 in actual damages per occurrence, for a total of $1,000.
    b. $500 in punitive damages per occurrence, for a total of $2,000.
    c. $1,500 in reasonable attorney's fees and costs.
4. Labcorp must remit full payment to the Debtor's attorney within fourteen days after the entry of this order.
5. The Court retains jurisdiction to enforce and interpret this order.

Date:

_______________________________
Patricia M. Mayer
U.S. Bankruptcy Judge

CC: Chief Legal Officer
Labcorp Holdings Inc.
531 South Spring Street
Burlington, NC 27215