# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Annelise Fitzsimmons,<br><br>                                 *Debtor*. | Case No. 25-12532-pmm<br>Chapter 7 |

## Certificate of Service

I, Michael I. Assad, certify that on July 31, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Verified Motion for Contempt and Sanctions Against Labcorp Holdings Inc. for Violation of the Automatic Stay

- Notice of Motion

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 31, 2025

/s/ Michael I. Assad
Michael I. Assad
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Chief Legal Officer<br>Labcorp Holdings Inc.<br>531 South Spring Street<br>Burlington, NC 27215 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |