## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Annelise Fitzsimmons,<br><br>*Debtor*. | Case No. 25-12532-pmm<br>Chapter 7 |

### Debtor's Motion to Extend Time to File Stipulation of Settlement

Debtor Annelise Fitzsimmons, through her attorney, moves the Court as follows:

1. Motion for Sanctions for Violation of the Automatic Stay Against Labcorp Holdings Inc. at ECF No. 10 on July 31, 2025.

2. The Debtor reported a settlement of the motion to the Court on September 5, 2025.

3. Local Bankr. R. 5070-2 requires the parties to file a stipulation of settlement within thirty days of reporting the resolution to the Court.

4. A stipulation has been prepared and submitted to the respondent and is still being reviewed for potential approval.

5. The Debtor requests an extension of seven days to file the stipulation.

6. No parties would be prejudiced by this extension.

For those reasons, the Debtor requests that the Court grant relief in the form of order attached, and further in her favor if necessary and proper under the law.

Date: October 7, 2025

**SADEK LAW OFFICES, LLC**
*Attorney for Debtor*

By: _____
Michael I. Assad
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com