## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Annelise Fitzsimmons,<br><br>                     *Debtor*. | Case No. 25-12532-pmm<br>Chapter 7 |

### Order Extending Time to File Stipulation of Settlement

**AND NOW**, after consideration of the Motion to Extend Time to File Stipulation of Settlement filed by Debtor Annelise Fitzsimmons, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The deadline to file a stipulation of settlement with respect to the Debtor's Motion for Sanctions for Violation of the Automatic Stay Against Labcorp Holdings Inc. is **EXTENDED** to October 13, 2025.

Date:

                                                                         Patricia M. Mayer
                                                                         U.S. Bankruptcy Judge