United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 25-12532-pmm |
|---|---|
| Annelise Fitzsimmons | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Oct 09, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Annelise Fitzsimmons, 6227 Lower Mountain Road, New Hope, PA 18938-9626 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2025         Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Annelise Fitzsimmons brad@sadeklaw.com<br>bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net  J100@ecfcbis.com |
| DAVID M. OFFEN | on behalf of Plaintiff Ryan E. Seabridge dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| MICHAEL I. ASSAD | on behalf of Defendant Annelise Fitzsimmons michael@sadeklaw.com  sadeklaw@recap.email |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Annelise Fitzsimmons, | Case No. 25-12532-pmm |
| | Chapter 7 |
| *Debtor.* | |

**Order Extending Time to File Stipulation of Settlement**

**AND NOW**, after consideration of the Motion to Extend Time to File Stipulation of Settlement filed by Debtor Annelise Fitzsimmons, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The deadline to file a stipulation of settlement with respect to the Debtor's Motion for Sanctions for Violation of the Automatic Stay Against Labcorp Holdings Inc. is **EXTENDED** to October 13, 2025.

Date: **October 9, 2025**

_____
Patricia M. Mayer
U.S. Bankruptcy Judge