## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Annelise Fitzsimmons,<br><br>*Debtor*. | Case No. 25-12532-pmm<br>Chapter 7 |

### Praecipe to Withdraw Document

To the Clerk of Court:

    Please withdraw the Debtor's Motion For Sanctions for Violation of the Automatic Stay Against Labcorp Holdings Inc.


Date: October 13, 2025                   **SADEK LAW OFFICES, LLC**
*Attorney for Debtor*

By: _____
Michael I. Assad
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com