United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 25-12532-pmm
Annelise Fitzsimmons  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3
Date Rcvd: Jan 09, 2026  Form ID: 318  Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Annelise Fitzsimmons, 6227 Lower Mountain Road, New Hope, PA 18938-9626 |
| 15022206 | + | Craig A. Sopin, 601 Walnut Street, Philadelphia, PA 19106-3314 |
| 15022210 | | INTOXALOCK, Attn: Bankruptcy, 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 15022214 | | Mohela, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 15022224 | + | Penn Medicine, 3400 Spruce St, Philadelphia, PA 19104-4294 |
| 15022200 | + | Pennsylvania Office of Attorney General, Attn: Financial Enforcement Section, Strawberry Square, 15th Floor, Harrisburg, PA 17120-0001 |
| 15022225 | + | Plymouth Community Ambulance Association, 902 Germantown Pike, Plymouth Meeting, PA 19462-7400 |
| 15022226 | + | Ryan E. Seabridge, 8 Nedsland Avenue, Titusville, NJ 08560-1712 |
| 15022227 | + | Sheperd Outsourcing LLC, PO Box 27115, Greenville, SC 29616-2115 |
| 15022228 | | ULTAMATE REWARDS, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 10 2026 00:41:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Jan 10 2026 05:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15022205 | | Email/Text: collectors@arresourcesinc.com | Jan 10 2026 00:41:00 | AR Resources, Inc., PO Box 1056, Blue Bell, PA 19422 |
| 15022204 | | Email/Text: megan.harper@phila.gov | Jan 10 2026 00:41:00 | City of Philadelphia, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 15022207 | ^ | MEBN | Jan 10 2026 00:38:29 | Grimley Financial Corp., 1415 Route 70 E, Suite LL5, Cherry Hill, NJ 08034-2229 |
| 15022208 | + | Email/Text: LYORK@HHSNJ.ORG | Jan 10 2026 00:41:00 | Hunterdon Center For Surgery, 9100 Wescott Dr, Flemington, NJ 08822-4677 |
| 15022209 | | EDI: LCIICSYSTEM | Jan 10 2026 05:38:00 | Ic Systems, Inc, Attn: Bankruptcy, 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 15022197 | + | EDI: IRS.COM | Jan 10 2026 05:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15022211 | | EDI: JEFFERSONCAP.COM | Jan 10 2026 05:38:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 15022212 | | Email/Text: govtaudits@labcorp.com | Jan 10 2026 00:41:00 | Labcorp, PO Box 2240, Burlington, NC 27216 |
| 15022213 | | Email/Text: EBN@Mohela.com | Jan 10 2026 00:41:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 15022198 | + | EDI: PENNDEPTREV | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 09, 2026 | Form ID: 318 | Total Noticed: 26 |

|  |  |  | Jan 10 2026 05:38:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
|---|---|---|---|---|
| 15022201 | ^ | MEBN | | |
|  |  |  | Jan 10 2026 00:37:58 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15022203 | + | Email/Text: bankruptcy@philapark.org | | |
|  |  |  | Jan 10 2026 00:42:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15022202 | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | | |
|  |  |  | Jan 10 2026 00:41:00 | U.S. Attorney's Office, 615 Chestnut Street, 12th Floor, Philadelphia, PA 19106-4404 |
| 15022199 | ^ | MEBN | | |
|  |  |  | Jan 10 2026 00:38:13 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15022215 | * | Mohela, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 15022216 | * | Mohela, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 15022217 | * | Mohela, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 15022218 | * | Mohela, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 15022219 | * | Mohela, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 15022220 | * | Mohela, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 15022221 | * | Mohela, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 15022222 | * | Mohela, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 15022223 | * | Mohela, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2026          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Annelise Fitzsimmons brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net  J100@ecfcbis.com |
| DAVID M. OFFEN | on behalf of Plaintiff Ryan E. Seabridge ecfmail@offenlaw.com;offendr83598@notify.bestcase.com |
| MICHAEL I. ASSAD | |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jan 09, 2026 | Form ID: 318 | Total Noticed: 26

on behalf of Defendant Annelise Fitzsimmons michael@sadeklaw.com  sadeklaw@recap.email

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Annelise Fitzsimmons | Social Security number or ITIN  xxx-xx-2191 |
| | First Name   Middle Name   Last Name | EIN  __-_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____ |
| | | EIN  __-_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 25-12532-pmm | |

## Order of Discharge     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Annelise Fitzsimmons

1/9/26

**By the court:** <u>Patricia M. Mayer</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318     **Order of Discharge**     page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**